IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 14-70201-JAD |
| JOHN E. DUGAN, III, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| JOHN E. DUGAN, III, | : | |
| | : | Related Doc. No. 20 |
| Movant, | : | |
| v. | : | |
| CARRINGTON MORTGAGE SERVICE, LLC, | : | |
| Respondent. | : | |
| RONDA J. WINNECOUR, EQUIRE, CHAPTER 13 TRUSTEE, | : | |
| Additional Respondent. | | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated MAY 30, 2014, was entered in the above matter at Document No. 20 ("LPM Authorization Order"), wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Under these circumstances, the Debtor and counsel to the Debtors are **directed**, **within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the *extraordinary circumstances* causing the failure of the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 12th day of August 2016.

BY THE COURT

_____ sjk
JEFFERY A. DELLER
**Chief United States Bankruptcy Judge**

FILED
8/12/16 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-70201-JAD
John E Dugan, III                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: bsil    Page 1 of 1    Date Rcvd: Aug 12, 2016
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db             +John E Dugan, III,    1747 Treasure Lake,    Du Bois, PA 15801-9046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13825796      ##+Carrington Mortgage Se,    1610 E Saint Andrew Pl,    Santa Ana, CA 92705-4931
                                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank Trust National Association, et al ecfmail@mwc-law.com
        Kenneth P. Seitz    on behalf of Debtor John E Dugan, III thedebterasers@aol.com
        Martin A. Mooney    on behalf of Creditor    Rushmore Loan Management Services LLC as servicing agent for Christiana Trust tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 7