UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No.  14-70201-JAD |
|    John E. Dugan, III | : | |
|       Debtor. | : | Chapter 13 |
| ------------------------------------------------- | : | |
| | : | |
| U.S. Bank Trust National Association | : | |
| as Trustee of the PRP II PALS | : | |
| Investments Trust c/o SN Servicing | : | |
| Corporation | : | |
|       Movant, | : | |
| | : | |
|    vs. | : | |
| | : | |
| John E. Dugan, III | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
|       Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
### Motion for Relief from Stay, Docket No. 14-70201-JAD

I, the undersigned, certify that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief filed on November 3, 2016 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection or other responsive pleading to the Motion for Relief from Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than November 20, 2016.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date:   November 22, 2016

By: /s/ Jennifer Tis Mihok
Jennifer Tis Mihok, Esquire
Pa. I.D. #203751
jtm@kellymihok.com
KELLY & MIHOK LLC
6101 Penn Avenue, Suite 102
Pittsburgh, Pennsylvania 15206

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 14-70201-JAD |
| John E. Dugan, III | : | |
| Debtor. | : | Chapter 13 |
| -------------------------------------------- | : | |
| | : | |
| U.S. Bank Trust National Association | : | |
| as Trustee of the PRP II PALS | : | |
| Investments Trust c/o SN Servicing | : | |
| Corporation | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| John E. Dugan, III | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION**

I certify under penalty of perjury that I served the above captioned pleading on the Office of the U.S. Trustee, Ronda J. Winnecour, and Kenneth P. Seitz, Esquire by ECF Notice and upon John E. Dugan, III at the address specified below on November 22, 2016.

John E. Dugan, III
1747 Treasure Lake
Dubois, PA 15801

Executed on: November 22, 2016

Attorney for Movant

By: /s/ Jennifer Tis Mihok
Jennifer Tis Mihok, Esquire
Pa. I.D. #203751
jtm@kellymihok.com
KELLY & MIHOK LLC
6101 Penn Avenue, Suite 102
Pittsburgh, Pennsylvania 15206
412-860-0907