UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   John E. Dugan, III<br>   Debtor. | No. 14-70201-JAD<br><br>Chapter 13 |
| U.S. Bank Trust National Association as Trustee of the PRP II PALS Investments Trust c/o SN Servicing Corporation<br>   Movant,<br><br>vs.<br><br>John E. Dugan, III<br>Ronda J. Winnecour, Trustee<br><br>   Respondents. | Related to Doc. # 60<br><br><br>**DEFAULT O/E JAD** |

## ORDER MODIFYING STAY

AND NOW, this __29th__ day of __Novemb__, 2016, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust c/o SN Servicing Corporation, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the Property located at 1747 Treasure Lake, DuBois, Pennsylvania 15801; that Movant does not have adequate protection for its interests in the said Property; and that Movant should be permitted to proceed with a foreclosure action against the Property. It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. §362 be and hereby is modified to permit Movant to proceed with a foreclosure action against the Property.

_____
The Honorable Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
11/29/16 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John E Dugan, III  
    Debtor

Case No. 14-70201-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 1     Date Rcvd: Nov 29, 2016  
               Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.  
db         +John E Dugan, III,    1747 Treasure Lake,    Du Bois, PA 15801-9046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
     Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
     Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank Trust National Association, et al ecfmail@mwc-law.com  
     Jennifer Tis Mihok    on behalf of Creditor    U.S. Bank Trust National Association, et al jtm@kellymihok.com  
     Kenneth P. Seitz    on behalf of Debtor John E Dugan, III thedebterasers@aol.com  
     Martin A. Mooney    on behalf of Creditor    Rushmore Loan Management Services LLC as servicing agent for Christiana Trust tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                              TOTAL: 8