# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John E Dugan, III  
        Debtor(s)

CHAPTER 13

BKY. NO. 14-70201

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1839

                                Respectfully submitted,

                                **/s/ James C. Warmbrodt, Esquire**  
                              James C. Warmbrodt, Esquire  
                              jwarmbrodt@kmllawgroup.com  
                              Attorney I.D. No. 42524  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              Phone: 215-825-6306  
                              Fax: 215-825-6406  
                              Attorney for Movant/Applicant