# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : **Bankruptcy No. 14-70201-JAD**
**John E. Dugan, III,**                             :
        **Debtor**    : **Chapter 13**
                                                    :

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of June, 2017, a true and correct copy of the Order dated May 31, 2017, by First-Class Mail.  U.S. Postage paid on the Parties below:

    EDEN, INC.
    210 MILLER STREET
    KNOX, PA 16232

    JOHN E. DUGAN, III
    1747 TREASURE LAKE
    DU BOIS, PA 15801

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 1, 2017

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor