IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John E. Dugan, III<br><br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    Vs.<br>John E. Dugan, III<br><br>    Respondent(s) | Case No. 14-70201JAD<br><br>Chapter 13<br><br>Doc # __70__<br><br><br>**DEFAULT O/E JAD** |

### ORDER

AND NOW, this __31st__ day of __MS__,
20_17_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED**:

☐     This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☑     This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

    A.     Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.     This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.     The Clerk shall give notice to all creditors of this dismissal.

    D.     Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less

administrative fee), together with the unpaid $0.00 portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ _____ with / _____ without prejudice, without further notice or hearing.

☐ Other:

BY THE COURT:

Dated: 5-31-2017

United States Bankruptcy Judge
Jeffery A. Deller

FILED
5/31/17 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 14-70201-JAD
John E Dugan, III                                               Chapter 13
      Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-7          User: bsil              Page 1 of 2               Date Rcvd: May 31, 2017
                              Form ID: pdf900         Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db            +John E Dugan, III,    1747 Treasure Lake,    Du Bois, PA 15801-9046
13825796     #+Carrington Mortgage Se,   1610 E Saint Andrew Pl,    Santa Ana, CA 92705-4931
13825797      +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
13825798      +DuBois Regional Medical Center,    P.O. Box 447,    Du Bois, PA 15801-0447
13825801      +Hm Ln Serv,   450 American St Sv416,   Simi Valley, CA 93065-6285
13920093      +Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, California 92619-5004
13825804      +Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
13825805      +Treasure Lake Property Owners Assoc. Inc,    13 Treasure Lake,    Du Bois, PA 15801-9001
13849444       Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13825806      +Wfds/Wds,   Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13825795      +E-mail/Text: EBNProcessing@afni.com Jun 01 2017 01:18:00     Afni, Inc.,   Po Box 3427,
               Bloomington, IL 61702-3427
13837270      +E-mail/Text: lweidhaas@dyckoneal.com Jun 01 2017 01:17:54     Dyck-O'Neal, Inc.,   PO Box 13370,
               Arlington, TX 76094-0370
13918931       E-mail/Text: vlazo@dyckoneal.com Jun 01 2017 01:18:14     Dyck-ONeal, Inc.,   P. O. Box 601549,
               Dallas, TX 75360-1549
13825803      +E-mail/Text: blegal@phfa.org Jun 01 2017 01:17:56     PHFA,   211 North Front Street,
               Harrisburg, PA 17101-1466
14029882      +E-mail/Text: bknotices@snsc.com Jun 01 2017 01:18:23
               U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,   323 5th Street,
               Eureka, CA 95501-0305
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Christiana Trust, A Division of Wilmington Savings
cr             Rushmore Loan Management Services LLC as servicing
cr             U.S. Bank Trust National Association, et al
cr*           +Dyck-O'Neal,Inc.,    PO Box 13370,   Arlington, TX 76094-0370
13825799     ##+Dyck Oneal Inc,    15301 Spectrum Dr,   Addison, TX 75001-6436
13825800     ##+Federman & Associates, LLC,    c/o Thomas M. Federman, Esquire,   305 York Road, Suite 300,
               Jenkintown, PA 19046-3251
13825802     ##+Lee Ann Collins, Tax Collector,    625 3/4 S. Brady Street,   P.O. Box 252,
               Du Bois, PA 15801-0252
                                                                                   TOTALS: 3, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
          Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
          bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
```

```
District/off: 0315-7           User: bsil              Page 2 of 2              Date Rcvd: May 31, 2017
                               Form ID: pdf900         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank Trust National Association, et al ecfmail@mwc-law.com
         James  Warmbrodt     on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7 bkgroup@kmllawgroup.com
         Jennifer Tis Mihok    on behalf of Creditor    U.S. Bank Trust National Association, et al jtm@kellymihok.com
         Kenneth P. Seitz    on behalf of Debtor John E Dugan, III thedebterasers@aol.com
         Martin A. Mooney    on behalf of Creditor    Rushmore Loan Management Services LLC as servicing agent for Christiana Trust tshariff@schillerknapp.com, ahight@schillerknapp.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                               TOTAL: 9