**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN E DUGAN, III

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-70201 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/01/2014 and confirmed on 06/30/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 14,356.68 |
| Less Refunds to Debtor | | 611.39 | |
| TOTAL AMOUNT OF PLAN FUND | | | 13,745.29 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 3,844.33 | |
|    Trustee Fee | | 541.30 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,385.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 5,300.06 | 5,300.06 | 0.00 | 5,300.06 |
|     Acct: 0001 | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   CLEARFIELD COUNTY TAX CLM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7:14 | | | | |
|   WELLS FARGO BANK DBA WELLS FARGO | 4,230.61 | 3,499.54 | 560.06 | 4,059.60 |
|     Acct: 1855 | | | | |
|   DYCK O NEAL INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
| | | | | 9,359.66 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 4,000.00 | 3,844.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E DUGAN, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-70201 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| JOHN E DUGAN, III Acct: | 120.00 | 120.00 | 0.00 | 0.00 |
| JOHN E DUGAN, III Acct: | 491.39 | 491.39 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF THE P Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| AFNI Acct: 2587 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUBOIS REGIONAL MEDICAL CENTER Acct: 9507 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUBOIS REGIONAL MEDICAL CENTER Acct: 3057 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNOWN Acct: XXX0:14 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNRISE CREDIT SVCS INC Acct: 4909 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HOME LOAN SERVICE Acct: 4592 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHFA(*) Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                      9,359.66

TOTAL CLAIMED
PRIORITY           0.00
SECURED        9,530.67
UNSECURED          0.00

Date: 08/23/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com